COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-279-CR

SHOD MICHAEL WILLIAMS APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Shod Michael Williams is attempting to appeal his conviction and sentence for murder.  The trial court has certified that this is a plea-bargain case and appellant has no right of appeal.
(footnote: 2)  We notified appellant by letter that the appeal was subject to dismissal based on the trial court’s certification unless, by August 13, 2007, appellant filed a response showing grounds for continuing the appeal.
(footnote: 3)  Although appellant has filed a response, it does not state grounds for continuing the appeal.  Accordingly, we dismiss the appeal.
(footnote: 4) 

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DO NOT PUBLISH 

Tex. R. App. P.
 47.2(b)

DELIVERED:  August 31, 2007 
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.

2:
See
 
Tex. R. App. P.
 25.2(a)(2), (d).

3:
Tex. R. App. P.
 25.2(d), 44.3.

4:
Tex. R. App. P.
 43.2(f).